IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JENNIFER HARVILL | § | |
|    *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO.: 3:16-cv-1716 |
| | § | |
| STATE FARM MUTUAL | § | |
| AUTOMOBILE INSURANCE | § | |
| COMPANY | § | |
|    *Defendant.* | § | |

## AGREED MOTION FOR VOLUNTARY DISMISSAL

The parties ask that this court dismiss this suit.

                Respectfully submitted,

                */s/ M. Christopher Whitaker*
                M. CHRISTOPHER WHITAKER
                State Bar No. 00788652
                mcw@juneauboll.com

                **JUNEAU, BOLL, STACY & UCHEREK, PLLC**
                8613 Mid Cities Boulevard, Suite 300
                North Richland Hills, Texas  76182
                Telephone: (817) 354-5454
                Facsimile:  (972) 866-8378
                **ATTORNEY FOR PLAINTIFF**

And,

                */s/ Stephen W. Johnson*
                STEPHEN W. JOHNSON
                State Bar No. 10794000
                swjohnson@johnsonrobinson.com
                Katherine W. Binns
                State Bar No. 24028223
                kbinns@johnsonrobinson.com

                **STEPHEN W. JOHNSON & ASSOCIATES, PC**
                900 Jackson Street, Suite 300
                Dallas, Texas 75202
                (214) 748-4747 (Phone)
                (214) 748-3191 (Fax)
                ATTORNEYS FOR DEFENDANT