IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JENNIFER HARVILL,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:16-CV-1716-L** |
| | § | |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** | § | |
| | § | |
| Defendant. | § | |

### ORDER

Before the court is parties' Agreed Motion for Voluntary Dismissal, filed March 10, 2017. The court determines that the motion should be, and is hereby, **granted**. Accordingly, all claims of Plaintiff against Defendant and this action are **dismissed without prejudice.** The parties shall bear their own costs.

**It is so ordered** this 13th day of March, 2017.

*[signature: Sam A. Lindsay]*

Sam A. Lindsay
United States District Judge

Order – Solo Page